IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD SEMANIC, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 09-1420 |
| EXPRESS CAR RENTAL, et al., | : |
| Defendants. | : |

### ORDER

**AND NOW**, this 29th day of June, 2009, upon consideration of Defendant Marc Teichman's Motion to Dismiss for Lack of Jurisdiction, Improper Venue, Insufficiency of Service of Process, and Forum Non Conveniens (Doc. No. 3), and the response and reply thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE