IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD SEMANIC, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 09-1420 |
| EXPRESS CAR RENTAL, et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 17th day of March, 2010, upon consideration of Defendant Marc Teichman's Motion for Summary Judgment (Doc. No. 26), which this Court has considered as a Motion to Dismiss, and the response and reply thereto, it is hereby **ORDERED** that said Motion is **DENIED** and the Complaint is **TRANSFERRED** in its entirety to the United States District Court for the District of New Jersey.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE